David R. Kott, Esq.
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street, P.O. Box 652
Newark, New Jersey 07101-0652
(973) 639-2056
Attorneys for Defendant
*AMAG Pharmaceuticals, Inc.*

|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT <br> FOR THE DISTRICT OF NEW JERSEY |
| RALICA ZAMFIROVA, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMAG PHARMACEUTICALS, INC., <br><br> Defendant. | Civil Action No. 2:20-cv-00152-JMV-SCM <br> Honorable John Michael Vazquez <br> Honorable Steven C. Mannion <br><br> **CONSENT ORDER CONSOLIDATING CASE AND EXTENDING TIME FOR DEFENDANT AMAG PHARMACEUTICALS, INC. TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

This matter having been open to the Court by McCarter & English, LLP, attorneys for Defendant AMAG Pharmaceuticals, Inc.; and the consent of the attorney for the Plaintiffs appearing; and good cause appearing;

**IT IS** on this 19th day of March, 2020,

**ORDERED** that *Faughnan v. AMAG Pharmaceuticals, Inc.*, No. 20-cv-01567-JMV-SCM (D.N.J.) (formerly No. 19-cv-01394 (N.D.N.Y.)); *Barnes v. AMAG Pharmaceuticals, Inc.*, No. 20-cv-01771-JMV-SCM (D.N.J) (formerly No. 19-cv-05088 (W.D. Mo.)); and *Nelson v. AMAG Pharmaceuticals, Inc.*, No. 20-cv-01975-JMV-SCM (D.N.J.) (formerly No. 20-cv-00089 (E.D. Cal.)) (together, the "Related Actions") hereby are consolidated into the above-captioned action; and

ME1 32635342v.1

**IT IS FURTHER ORDERED** that, upon notice to the Court by counsel herein, any future cases filed in or transferred to the District of New Jersey alleging the same or similar claims against the Defendant shall be consolidated into the above-captioned action; and

**IT IS FURTHER ORDERED** that Plaintiffs shall file a Consolidated Amended Complaint on or before fourteen (14) days from the date of this Order; and

**IT IS FURTHER ORDERED** that Defendant's deadline to answer, move or otherwise plead as to the pending Complaints in each of the above-referenced Related Actions is hereby stayed, and that Defendant AMAG Pharmaceuticals, Inc. will answer, move or otherwise respond to the Consolidated Amended Complaint within 21 days of the date it is filed.

_____
Hon. John Michael Vazquez, U.S.D.J.

The undersigned hereby consent to the form and entry of the within Order.

| **LITE DEPALMA GREENBERG, LLC** | **McCARTER & ENGLISH, LLP** |
|---|---|
| | Attorneys for Defendant |
| */s/ Bruce D. Greenberg* | *AMAG Pharmaceuticals, Inc.* |
| Bruce D. Greenberg | |
| 570 Broad Street, Suite 1201 | |
| Newark, NJ 07102 | *s/ David R. Kott* |
| Telephone: (973) 623-3000 | |
| Facsimile: (973) 623-0858 | By: |
| bgreenberg@litedepalma.com | David R. Kott, Esq. |
| | A Member of the Firm |
| ***Attorneys for Plaintiffs*** | |

2

ME1 32635342v.1